IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Nathaniel Marc HARRIS<br><br>Defendant. | Case No. 1:21-mj-00026-MMS |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Marcus P. Chernecke, Drug Enforcement Administration (DEA), being duly sworn, depose and state that:

**I.     BACKGROUND AND EXPERIENCE OF AFFIANT**

1.     Your affiant is an investigator or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations of, and arrests for, the offenses enumerated in 18 U.S.C. § 2516, as well as 21 U.S.C § 801, *et seq*. This affidavit is in support of an application for an arrest warrant and criminal complaint, charging Nathaniel Marc HARRIS with a violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), Possession with the intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine.

2.     This application arises out of an investigation conducted by United States Postal Inspection Service (USPIS), Alaska State Troopers (AST), and US Drug Enforcement Administration (DEA) regarding methamphetamine drug trafficking in the Sitka, Alaska area. I

have personally participated in this investigation.

3. In summary, on March 19, 2021, the DEA, USPIS, Sitka Police Department, and AST conducted a controlled delivery of a US Priority Mail Express Parcel (Subject Parcel). The US Parcel was addressed to Nathaniel Marc HARRIS and originally contained 167.9 gross grams (gg) of suspected methamphetamine (meth). The meth was removed from the package and a representative amount was used for the controlled delivery. HARRIS picked up the package from the U.S. Post Office, opened the package, and discarded the package. HARRIS was subsequently arrested for Attempted Possession of a Controlled Substance with intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), and Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

4. I am a Special Agent (SA) with the DEA and have been so since February of 2017. I was assigned as a Special Agent to the DEA Houston Division Office, Houston, Texas on February 6, 2017. In June 2017, I was reassigned to the DEA Spokane District Office (SDO), Spokane, Washington. In November 2020, I was reassigned to the DEA Juneau, Alaska, Post of Duty (POD) where I have continued in a position as a Special Agent. I received a Bachelor of Science degree in Work Force Education from Southern Illinois University, in May of 2012. I have been employed with the DEA since September of 2016, and I have been responsible for investigating violations of federal law including violations of the Controlled Substances Act. I am a United States "investigative or law enforcement officer" as set forth 18 U.S.C. § 2510(7), and I am authorized by law to conduct investigations and make arrests for offenses delineated in 18 U.S.C. § 2516. Previously, I was a League City Police Officer in League City, Texas from 2012 through 2016.

5. I was trained as a DEA Special Agent at the DEA Academy in Quantico, Virginia. During a twenty-one week training, I received specialized training in the Controlled Substance Act, Title 21 United States Code, including, but not limited to, Sections 841(a)(1) and 846 Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations. I received training related to criminal organizations engaged in conspiracies to manufacture and/or possess with intent to distribute marijuana, cocaine, cocaine base, heroin, methamphetamine, and other dangerous drugs prohibited by law. I received training regarding the 4th Amendment and search and seizure law. I was also trained in Confidential Source (CS) and Source of Information (SOI) management and investigative techniques, and numerous other facets pertaining to the criminal investigation of illicit drugs.

6. During the course of my employment as a DEA Special Agent, I have participated in numerous criminal investigations and have gained knowledge and experience by working with other agents. I have participated in Federal and State search warrants involving the seizure of the aforementioned listed controlled substances, the seizure of records relating to the manufacturing and distribution of controlled substances, and other types of evidence documenting the activities of drug trafficking organizations and its members. I have utilized numerous investigative techniques and resources and draw on the experience, techniques, and resources I have gained in my employment as a DEA Special Agent.

7. The facts and opinions set forth in this affidavit have been derived from my above described training and experience, my participation in and knowledge of this investigation, and as well as knowledge I have learned from various other federal, state and local law enforcement agencies, special agents, task force officers, state and local law enforcement officers.

8. This affidavit is submitted in support of an application for an arrest warrant and

Affidavit of SA Marcus Chernecke pg. 3
Case 1:21-mj-00026-MMS   Document 1-1   Filed 03/22/21   Page 3 of 6

criminal complaint for Nathaniel Marc HARRIS. Because this affidavit is being submitted solely for establishing probable cause for application of an arrest warrant and criminal complaint, I have not included each and every fact known to him concerning this investigation. I have only set forth facts necessary to support the issuance of the requested arrest warrant and criminal complaint.

### III. PROBABLE CAUSE STATEMENT

1. On March 11, 2021, United States Postal Inspectors identified one Priority Mail Express parcel shipped from Las Vegas, Nevada to Sitka, Alaska as being suspicious for the following reasons: the parcel was mailed from a known drug source area for narcotics shipped to Alaska, the postage for the parcel in the amount of $50.85 was paid for with cash, and a search of "CLEAR" for the sender's name on the parcel did not associate the name to the return address on the parcel.

2. USPS Priority Mail Express Parcel EJ571087383US was addressed to "Nate Harris PO BOX 1875 Sitka, AZ 99835" from "Josh K 7079 Mont Cliff Ave Las Vegas, NV 89147." (Herein referred to as the Subject Parcel)

3. On March 14, 2021, The Subject Parcel was located in Sitka, Alaska.

4. On March 17, 2021, Federal Search Warrant was granted by the Honorable Matthew M. Scoble, US Magistrate Judge for the Subject Parcel.

5. The Subject Parcel was found to contain approximately 167.9 gross grams of clear/white colored crystalline substance which field tested positive for methamphetamine. Methamphetamine was located inside a vacuum seal bag, located in clothes.

6. On March 18, 2021 a Federal Order for the Installation and Monitoring of an

Electronic Alerting and Tracking Device was granted for the Subject Parcel by the Honorable Scott Oravec, US Magistrate Judge.

7. On March 19, 2021 US Postal Inspector and Alaska State Troopers installed alerting and tracking devices pursuant to the court's orders, in the Subject Parcel. A representative sample of the original suspected methamphetamine was included within the in the Subject Parcel and the contents of the Subject Parcel was repackaged. Later that same day, US Postal Inspectors, Alaska State Troopers, Drug Enforcement Administration, and Sitka Police Department executed a controlled delivery on the Subject Parcel.

8. The Subject Parcel was scanned ready for pick up at the Sitka Post Office at 10:43 AM on March 19, 2021. A United States Postal Inspector (USPI) and Sitka Police Officer witnessed a male known to investigators as Nathaniel Marc HARRIS approach the Sitka Post Office. An Alaska State Trooper witnessed HARRIS exit the Sitka Post Office with the subject parcel and entered a Maroon Mercury SUV, bearing Alaska license plate EUJ-498.

9. Surveillance Team witnessed the Maroon Mercury drive towards ANB Harbor in Sitka, Alaska. The Mercury SUV dropped off HARRIS and exited the area. Surveillance video shows that HARRIS had the Subject Parcel and head towards the fishing vessel "Moonlight."

10. The tracking device showed the Subject Parcel at the ANB Harbor in Sitka, Alaska.

11. Shortly after, the surveillance team witnessed HARRIS leaving the harbor with the Subject Parcel and throw it into a trash can. Officer and Agents made contact with HARRIS and placed him into custody.

12. While executing the beeper order, the Subject Parcel was open and located in a trash can in front of the ANB Harbor.

13. Harris's hands bore evidence he handled the internal contents of Subject Parcel.

14. Based on the above information, I submit there is probable cause to believe Nathaniel HARRIS beginning on or before the 19th of March 2021, in the District of Alaska and elsewhere, did violate 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), Attempted Possession with the intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, and Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), felony drug trafficking offenses.

Respectfully submitted,

*Marcus P. Chernecke*
MARCUS P. CHERNECKE
Special Agent, DEA
Juneau Post of Duty

~~Subscribed and~~ sworn to before me
on March 19, 21

UNITED STATES MAGISTRATE JUDGE
Scott Oravec
District of Alaska

